# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| MO-KAN IRON WORKERS PENSION FUND, A TRUST FUND; et al; | )<br>)<br>) |
| Plaintiffs, | )<br>) Case No. 4:17-00891-CV-RK |
| v. | )<br>) |
| EWELL CONSTRUCTION INC, | )<br>) |
| Defendant. | ) |

## ORDER TO PAY

Before the Court is Plaintiffs-Garnishors' motion and suggestions for order directing Garnishee to pay garnishment proceeds to Plaintiffs-Garnishors. (Doc. 48.) Having reviewed the motion, as well as Garnishee's answers to interrogatories (Doc. 41), and the Judgment entered in this case (Doc. 12), the Court accordingly **ORDERS** as follows:

1. Garnishee, Hy-Vee Construction, f/k/a Hy-Vee Weitz Construction, L.C., is to pay the sum of Six Thousand Seven Hundred Fifty-One and 25/100 Dollars ($6,751.25) into Court, and within ten (10) days thereafter, the Clerk of the Court pay the sum of Six Thousand Seven Hundred Fifty-One and 25/100 Dollars ($6,751.25) to the Plaintiffs-Garnishors with the check being made payable to the "Mo-Kan Iron Workers Fringe Benefit Funds;" and

2. Plaintiffs-Garnishors shall provide a copy of this order to Garnishee.

/s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: October 13, 2021